UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>SGT. HUCKLEBERRY, et al.,<br><br>Defendants. | Case No.: 1:18-cv-01237 SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER OR PAY FILING FEE **WITHIN 45 DAYS** |

Plaintiff David Nathaniel Roberts is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action by filing a complaint on August 17, 2018 in the United States District Court for the Southern District of California. (ECF No. 1.) On September 12, 2018, the case was transferred to this district, and given Case Number 1:18-cv-01237-SAB (PC). All filings related to this matter should be sent to this Eastern District of California court with the caption and case number above.

Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 for this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to Plaintiff an application to proceed in forma pauperis;

1

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**September 13, 2018**__  _____
UNITED STATES MAGISTRATE JUDGE