UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>SGT. HUCKLEBERRY, et al.,<br><br>Defendants. | Case No.: 1:18-cv-01237 SAB (PC)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>[ECF No. 6] |

Plaintiff David Nathaniel Roberts is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action by filing a complaint on August 17, 2018 in the United States District Court for the Southern District of California. (ECF No. 1.) On September 12, 2018, the case was transferred to this district, and given Case Number 1:18-cv-01237-SAB (PC).

Currently before the Court is Plaintiff's motion to proceed in forma pauperis, filed on September 14, 2018. (ECF No. 6.) The motion is on the form from the United States District Court for the Southern District of California, and is not supported by any certified copy of an inmate trust account statement. (Id.)

Plaintiff's motion will be denied, without prejudice. The motion does not contain the necessary information and documentation for the Court to evaluate Plaintiff's request.

1

On September 13, 2018, this Court issued an order requiring Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five (45) days. (ECF No. 5.) The Clerk of the Court was directed to provide Plaintiff a blank application form, which requests authorization to allow the Clerk to obtain a certified inmate trust account statement for Plaintiff as well. Plaintiff may still submit that completed application within the deadline permitted.

Accordingly, Plaintiff's motion to proceed in forma paueris is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   **September 17, 2018**

UNITED STATES MAGISTRATE JUDGE