**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>                Plaintiff,<br><br>      v.<br><br>SGT. HUCKLEBERRY, et al.,<br><br>                Defendants. | Case No. 1:18-cv-01237-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM MONTHLY FILING FEE PAYMENT REQUIREMENT<br><br>(ECF No. 46) |

Plaintiff David Nathaniel Roberts is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for relief from the monthly filing fee payment requirement, filed on July 19, 2019. (ECF No. 46.) In his motion, Plaintiff requests that the Court either decrease, or remove, the 20% monthly filing fee obligation currently on his trust account because the monthly filing fee payment is not leaving him with enough money to purchase food, soap, deodorant, toothpaste, stationary, and other necessities. Plaintiff asserts that he will pay off the filing fee later in time or when and if this case settles.

However, an obligation to pay the $350.00 filing fee arises whenever a civil action is initiated. 28 U.S.C. §§ 1914(a) & 1915(b)(1). Further, 28 U.S.C. § 1915(b)(2) provides that a prisoner proceeding *in forma pauperis* "shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account[]" until the complete $350.00

1

filing fee is paid. Since Plaintiff has not provided the Court with any evidence proving that he has paid the full amount of the $350.00 filing fee for this action, Plaintiff is obligated to continue making the monthly payments of 20% until the filing fee is completely paid. While the Court may be sympathetic to Plaintiff's position, the Court has no authority to relieve Plaintiff of his monthly filing fee payment obligation. Accordingly, Plaintiff's motion for relief from the monthly filing fee payment requirement, (ECF No. 46), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __**August 1, 2019**__  _____
UNITED STATES MAGISTRATE JUDGE